**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

THE UNITED STATES OF AMERICA,

           Plaintiff,

vs.

LANELL BELLOWS,

           Defendant.

CASE NO.: 2:24-cr-00075-JAD-DJA

**ORDER TO CONTINUE SENTENCING**
(First Request)

**FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1.     That Counsel for BELLOWS needs additional time to further review the PSR and potentially address issues therein;

2.     That Counsel for BELLOWS also needs additional time to consult with Defendant regarding Sentencing;

3.     That BELLOWS is out of custody and does not object to a continuance;

4.     That Assistant United States Attorney, DANIEL J. COWHIG, does not object to a continuance;

5.     That this is the first request for a continuance of Sentencing in this case; and

6.     That denial of this request for a continuance could result in a miscarriage of Justice.

/ / /

/ / /

/ / /

MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

3

**CONCLUSIONS OF LAW**

The ends of justice are served by granting the requested continuance.

**ORDER**

IT IS THEREFORE ORDERED that Sentencing in this matter currently scheduled for February 12, 2026, at 8:45 a.m. be vacated and continued to April 13, 2026, at 1:30 p.m. in the above-noted Court.

DATED this 10th day of February 2026.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

**MANINGO LAW** Est. 2002

By:    /s/ Lance A. Maningo
       Lance A. Maningo
       Nevada Bar No. 6405
       400 South 4th Street, Suite 650
       Las Vegas, Nevada 89101
       Attorney for Defendant BELLOWS

4