**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-CR-075-JAD-DJA |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| LANELL BELLOWS, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(G) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Lanell Bellows to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Lanell Bellows pled guilty. Criminal Indictment, ECF No. 33; Change of Plea, ECF No. 93; Plea Agreement, ECF No. 94; Preliminary Order of Forfeiture, ECF No. 95.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 25, 2025, through November 23, 2025, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 100-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 108.

On November 10, 2025, the United States Attorney's Office served and attempted to serve Damian Smith at Clancy St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 3, 8-15, 17-19.

On November 10, 2025, the United States Attorney's Office served and attempted to serve Damian Smith at Whitney Ranch Dr. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 3, 8-15, 20-22.

On November 10, 2025, the United States Attorney's Office served Federal Public Defenders, Nisha Brooks-Whittington, attorney for Ky'von Payne, at E. Bonneville Ave. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 3, 8-15, 23-24.

On November 10, 2025, the United States Attorney's Office attempted to serve Jaylynn Ridgeway at Blue Rose St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Both mailings were returned as forward time expired and return to sender. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 3, 8-15, 25-27.

On November 10, 2025, the United States Attorney's Office served and attempted to serve Jaylynn Ridgeway at Casa Antiqua St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 3, 8-15, 28-30.

/ / /

On November 10, 2025, the United States Attorney's Office served John Phillips at Danielson St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 4, 8-15, 31-32.

On November 10, 2025, the United States Attorney's Office served Kenneth Gilmore at Irish Elk Ave. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 4, 8-15, 33-34.

On November 10, 2025, the United States Attorney's Office served and attempted to serve Ky'von Payne at Cattle Dr. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 4, 8-15, 35-37.

On November 10, 2025, the United States Attorney's Office served and attempted to serve Ky'von Payne at Nudgent St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 4, 8-15, 38-40.

On November 10, 2025, the United States Attorney's Office served and attempted to serve Nina Lavette Wiliams at Crystal Chimes Dr. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 4, 8-15, 41-43.

On November 10, 2025, the United States Attorney's Office served and attempted to serve Nina Lavette Wiliams at Sun Ave. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 4, 8-15, 44-46.

On November 10, 2025, the United States Attorney's Office attempted to serve Nina Lavette Wiliams at Walnut Ave. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as vacant and unable to forward. The regular mail was returned as attempted-not known and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 4, 8-15, 47-49.

On November 10, 2025, the United States Attorney's Office served and attempted to serve Myles Dickens at Port Vincent Ave. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 5, 8-15, 50-52.

On November 10, 2025, the United States Attorney's Office served Poway Weapons and Gear, INC, c/o John Phillips, Registered Agent, at Danielson St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 5, 8-15, 53-54.

On November 10, 2025, the United States Attorney's Office served Poway Weapons and Gear, INC, c/o John Phillips, at Rio Rancho by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 5, 8-15, 55-56.

On November 10, 2025, the United States Attorney's Office served Poway Weapons and Gear, PWG Range, at Danielson St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 5, 8-15, 57-58.

On November 10, 2025, the United States Attorney's Office served Rasmussen Law P.C., Chris T. Rasmussen, attorney for Semaj'e Ridgeway, at S. 4th St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 5, 8-15, 59-60.

On November 10, 2025, the United States Attorney's Office attempted to serve Semaj'e Ridgeway at Blue Rose St. by regular and certified return receipt mail with the

4

Notice and the Preliminary Order of Forfeiture. Both mailings were returned as forward time expired and return to sender. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 5, 8-15, 61-63.

On November 10, 2025, the United States Attorney's Office served and attempted to serve Semaj'e Ridgeway at Casa Antiqua St. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 5, 8-15, 64-66.

On November 10, 2025, the United States Attorney's Office served and attempted to serve Trevor Sonday at Lusterleaf Dr. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 5, 8-15, 67-69.

On November 10, 2025, the United States Attorney's Office attempted to serve Wilbert Williams at E. Azure Ave. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Both mailings were returned as no such number and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 6, 8-15, 70-72.

On November 10, 2025, the United States Attorney's Office served and attempted to serve Wilbert Williams at S. Nellis Blvd. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. The certified mail was returned as vacant and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 6, 8-15, 73-75.

On November 10, 2025, the United States Attorney's Office served Wilbert Williams at Tree Swing Ave. by regular and certified return receipt mail with the Notice and the Preliminary Order of Forfeiture. Notice of Filing Service of Process – Mailing, ECF No. 108-1, p. 6, 8-15, 76-77.

/ / /

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(G) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. a Kahr Arms model CW9 9x19mm semiautomatic pistol bearing serial number G016785; and

2. a Czech Armory / CZ USA model CZ 75 B 9x19mm semiautomatic pistol bearing serial number G236310

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Lanell Bellows and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED April 13, 2026.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

6